UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                   Plaintiff,

-against-

ALICE ERDMANN, CITIBANK, N.A. ALICE MAY RENARD, JOHN DOES 1-10,

                   Defendants.

No. 16-cv-5836 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge

As to the Default Judgment of Foreclosure and Sale, ECF No. 39, dated April 27, 2017, Plaintiff is directed to specify the following information with respect to Item Numbers One though Four on page three of the document:

1) To whom checks should be made payable
2) Where the checks should be mailed, and
3) The specific amounts to be paid.

Plaintiff is directed to provide this information for *each* of the Items Numbered One through Four, as listed on page three of the Default Judgment of Foreclosure and Sale. Plaintiff is also directed to file their response to this Order, and to send a courtesy copy of their response to Chambers, by July 14, 2017.

Dated:   July 7, 2017
        White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2017